## RECONSIDERATION OF PRIOR DECISIONS

**2002–0101.   Colbert v. Cleveland.**
Cuyahoga App. No. 77635. Reported at 99 Ohio St.3d 215, 2003-Ohio-3319, 790 N.E.2d 781. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

O'DONNELL, J., not participating.

**2002–0248.   Cincinnati Ins. Co. v. Anders.**
Greene App. No. 2001CA42, 2001-Ohio-1920. Reported at 99 Ohio St.3d 156, 2003-Ohio-3048, 789 N.E.2d 1094. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2002–1030.   GuideOne Mut. Ins. Co. v. Reno.**
Greene App. No. 01CA68, 2002-Ohio-2057. Reported at 99 Ohio St.3d 156, 2003-Ohio-3048, 789 N.E.2d 1094. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2002–1229.   Std. Loan Office, Inc. v. Scottsdale Surplus Lines, Inc.**
Lucas App. No. L–01–1435, 2002-Ohio-3051. Reported at 99 Ohio St.3d 237, 2003-Ohio-3391, 790 N.E.2d 1208. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**2002–1324.   Jones v. Norfolk S. Ry. Co.**
Lucas App. No. L–01–1490, 2002-Ohio-3412. Reported at 99 Ohio St.3d 238, 2003-Ohio-3392, 790 N.E.2d 1208. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.